orde.s granted, without costs. See, also, 132 N. Y. Supp. 1126.

DAVIS, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by Louis Davis, an infant, by Gus Davis, his guardian ad litem, against the City of New York.
PER CURIAM. Order affirmed, .with costs.
JENKS, P. J., and BURR, J., dissent.

DEBOTTIS, Respondent, v. DEBOTTIS, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. February 2, 1912.) Action by Mary Debottis against Frank Debottis, impleaded with others, etc.
PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide event. Held, that the findings are against the weight of the evidence.
KRUSE and ROBSON, JJ., dissent.

DE DIMENICO v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Amelia De Dimenico, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Motion denied.

DEIS, Respondent, v. BOHR, Appellant. (Supreme Court, Appellate Division, Second Department. March 8, 1912.) Action by John Deis against Theodore B. Bohr. No opinion. Judgment and order of the County Court of Rockland County unanimously affirmed, with costs.

DELCAMBRE v. DELCAMBRE et al. (Supreme Court, Appellate Division, Second Department. March 1, 1912.) Action by Alfred P. Delcambre, Sr., against Marie H. Delcambre and others. No opinion. Judgment affirmed, with costs. See, also, 146 App. Div. 889, 130 N. Y. Supp. 1109; 146 App. Div. 911, 131 N. Y. Supp. 1111.

DEMOND, Respondent, v. WOOD, Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Action by William Demond against Harry E. Wood. No opinion. Judgment and order affirmed, with costs.

DE NYIRI v. PENNSYLVANIA R. CO. (Supreme Court, Appellate Division, Fourth Department. January 31, 1912.) Action by John De Nyiri as administrator, etc., against the Pennsylvania Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

DICKEY, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. Oc-

tober, 1911.) Action by Adam Dickey against the International Railway Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SPRING, J., not sitting.

DICKINSON, Respondent, v. HAIGHT, Appellant. (Supreme Court, Appellate Division, Third Department. March 6, 1912.) Action by Sarah M. Dickinson against Frederick A. Haight. No opinion. Judgment unanimously affirmed, with costs.

DI NAPOLI, Appellant, v. LATHROP et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 21, 1912.) Action by Antonia Di Napoli, as administratrix, etc., against Edward F. Lathrop and another. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs.

DI NAPOLI v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Second Department. January 26, 1912.) Action by Antonia Di Napoli, as administratrix, etc., of Giovanni Di Napoli, deceased, against the New York, New Haven & Hartford Railroad Company. No opinion. Judgment unanimously affirmed, with costs, on the authority of Di Napoli v. New York, N. H. & H. R. R. Co., 136 App. Div. 334, 120 N. Y. Supp. 905. See, also, 142 App. Div. 945, 127 N. Y. Supp. 1117.

DIXON, Respondent, v. SNOOK, Appellant. MAHANNA, Appellant, v. PHILIPS, Respondent. OTIS, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October, 1911.) Actions by Charles Dixon against Cortland Snook, by Jane Mahanna against Frank Philips, and by James S. Otis against the New York Central & Hudson River Railroad Company. No opinions. The foregoing cases, having been twice reached in their regular order upon the calendar, and twice passed, are dismissed, under general rule 39. See, also, 65 Misc. Rep. 166, 119 N. Y. Supp. 360; 131 N. Y. Supp. 1127.

DIXSON, Appellant, v. THOMPSON, Respondent. (Supreme Court, Appellate Division, First Department. January 26, 1912.) Action by Agnes Dixson against Aaron D. Thompson. L. J. Morrison, for appellant. H. B. Johnson, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

In re DOLLARD et al. (Supreme Court, Appellate Division, Second Department. February 23, 1912.) In the matter of the compulsory judicial settlement of the account of